**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

CASE NO. 2:23-CV-44-DLB-EBA

UNITED STATES OF AMERICA                                              PETITIONER

V.                                         ORDER

$34,000.00 IN UNITED STATES CURRENCY                                  RESPONDENT

\* \* \* \* \*

The United States having advised the Court that a civil complaint has been filed against the subject property, IT IS HEREBY ORDERED that this matter is dismissed and stricken from the docket.

13 June 23



Signed By:
*David L. Bunning*
United States District Judge